NOVEMBER TERM, 1910.        733

Brotherhood of Painters, etc., *v.* Peters—46 Ind. App. 733.

## FORT WAYNE AND WABASH VALLEY TRACTION COMPANY *v.* OLINGER

[No. 6,654.   Filed January 25, 1910.   Rehearing denied June 21, 1910.]

From Miami Circuit Court; *Joseph N. Tillett,* Judge.

Action by Martha Olinger against the Fort Wayne and Wabash Valley Traction Company. From a judgment for plaintiff for $400, defendant appeals. *Affirmed.*

*Bailey & Cole* and *Barrett & Morris,* for appellant.
*Robert J. Loveland,* for appellee.

PER CURIAM.—Affirmed on the authority of *Louisville, etc., Traction Co.* v. *Korbe* (1910); 90 N. E. (Ind. App.) 483, which was affirmed by the Appellate Court. (The case cited was later transferred to the Supreme Court, and reversed. See 175 Ind. ——— ——— Reporter.)

## BROTHERHOOD OF PAINTERS, DECORATORS AND PAPERHANGERS OF AMERICA *v.* PETERS ET AL.

[No. 7,111.   Filed June 28, 1911.]

From Superior Court of Vanderburgh County; *Alexander Gilchrist,* Judge.

Action by Elizabeth Peters and others against the Brotherhood of Painters, Decorators and Paperhangers of America. From a judgment for plaintiffs, defendant appeals. *Affirmed.*

*George A. Cunningham,* for appellant.
*George K. Denton* and *E. H. Ireland,* for appellees.

PER CURIAM.—All of the questions presented in this appeal and not waived by failure to discuss them were decided adversely to appellant in the late case of *Brotherhood of Painters, etc., v. Barton* (1910), *ante,* 160. The principles involved in the two cases are substantially the same. Upon the authority of that case the judgment is affirmed.

Roby and Hadley, JJ., dissent.